IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DARREL ASHLEY                                                                                              PLAINTIFF

VS.                                           CASE NO. 1:11-CV-1065

SPECTRA TECHNOLOGIES LLC and
NATIONAL PRESTO INDUSTRIES, INC.                                              DEFENDANTS

## ORDER

    Before the Court is the parties' Stipulation For Dismissal. (ECF No. 12). The parties request that the above-styled cause of action be dismissed with prejudice and that each party bear their own costs and attorney's fees. Upon consideration, the Court finds that the case should be and hereby is **DISMISSED WITH PREJUDICE**. Each party is to bear their own costs and attorney's fees.

    **IT IS SO ORDERED**, this 9th day of July, 2012.

                                                     /s/ Susan O. Hickey
                                                     Hon. Susan O. Hickey
                                                     United States District Judge